COC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN 14 AM 9:47
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Miguel Angel NEGRON** Defendant, | ) | Magistrate Case No. '08 MJ 0088 BY: [signature] DEPUTY COMPLAINT FOR VIOLATION OF Title 8, U.S.C., Section 1326 Attempted Entry After Deportation (FELONY) |

The undersigned complainant being duly sworn states:

On or about **January 12, 2008**, within the Southern District of California, defendant **Miguel Angel NEGRON**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature: Claudia Rios]
Signature of Complainant
Claudia Rios, U.S. Customs and Border Protection Enforcement Officer

Sworn to before me and subscribed in my prescience this **14th** day of **January, 2008.**

[signature]
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, United States Customs and Border Protection (CBP) Enforcement Officer Jorge E. Rosario, declare under penalty of perjury the following to be true and correct:

On January 12, 2008, at approximately 05:25 am, **Miguel Angel NEGRON (Defendant),** attempted to enter the United States from Mexico through the San Ysidro, California Port of Entry pedestrian primary lanes. Defendant presented a Mexican Passport with a counterfeit biographical page and counterfeit Temporary Resident Admission Stamp (ADIT) before a U. S. Customs and Border Protection (CBP) Officer. Defendant stated to the CBP Officer that he was going to work in San Diego, California. The CBP officer escorted Defendant to the secondary area for further inspection.

During secondary inspection, Defendant was searched by fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS returned a match to the query confirming Defendant's identity and linking him to an Immigration Service record and FBI record.

Central Index System (CIS) and Deportable Alien Control System (DACS) queries confirmed Defendant to be a citizen of Mexico with no legal rights or documents to enter the United States. DACS records indicate Defendant was ordered deported from the United States by an Immigration Judge on or about November 4, 1991, and was physically removed from the United States to Mexico through Calexico, California. Immigration records contain no evidence that Defendant has applied for, or received permission from the Attorney General or the Secretary of Homeland Security to legally re-enter the United States.

EXECUTED ON THIS **12th** DAY OF **January, 2008** AT **1100 am.**

[signature]
Jorge E. Rosario / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **one** page, I find probable cause to believe that the defendant named therein committed the offense on **January 12, 2008** in violation of Title 8, United States Code, Section 1326.

[signature]
MAGISTRATE JUDGE

1-13-08 @ 2:45pm
DATE / TIME